# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

CTucker@faillacelaw.com

December 18, 2019

**VIA ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: Flores Pablo et al v. Mendy's Atrium LLC et al
   CASE #: 1:19-cv-04458-PAE-BCM

Your Honor:

  We represent Plaintiff in the above action and write jointly with Defendants' counsel. We write to respectfully request a brief extension of time to comply with Your Honor's November 22, 2019 Order, which required that the parties either submit a settlement agreement to Your Honor for a *Cheeks* review or consent to refer the matter to Magistrate Judge Moses by December 20, 2019. *Dkt. No. 28*. The parties make this request as they work diligently with each other and in good faith to finalize certain terms of the resolution of this matter. We therefore request an additional three weeks (e.g. until January 10, 2020) to comply with Your Honor's November 22, 2019 Order.

  The time to submit the foregoing materials has not been previously extended, the request to extend is made jointly by counsel for all parties and it does not affect other scheduled dates or a scheduled Court appearance.

  The parties thank the Court for the time and attention devoted to this matter.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: _____/s/ Jeffrey G. Douglas_____ | By: _____/s/ Clifford R. Tucker_____ |
|   Jeffrey G. Douglas, Esq. |   Clifford R. Tucker, Esq. |

      The joint request for an extension until
      January 10, 2020, is granted. SO ORDERED.

      */s/ Paul A. Engelmayer*
      PAUL A. ENGELMAYER 12/19/2019
      United States District Judge