UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/13/20__

NICOMEDES FLORES PABLO,
*individually and on behalf of others similarly situated*,

        Plaintiff,

     -against-

MENDY'S ATRIUM LLC, et al.,

        Defendants.

19-CV-4458 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having resolved their dispute and having obtained an extension of time, until

January 31, 2020, to submit their settlement agreement for court review (Dkt. Nos. 27, 28, 32),

the status conference scheduled for January 16, 2020, a 10:30 a.m. is ADJOURNED *sine die*.

Dated:  New York, New York
       January 13, 2020

                        **SO ORDERED**.

                        _____

                        **BARBARA MOSES**
                        **United States Magistrate Judge**