

One Grand Central Place | 60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:

JEFFREY G. DOUGLAS
212-453-5927
JDouglas@fordharrison.com

January 31, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   ***Flores Pablo v. Mendy's Atrium LLC et al.***
            <u>**Docket No. 19-cv-004458**</u>

Dear Judge Engelmayer:

      This firm represents Defendants in the above-referenced matter. We write jointly with Plaintiff's counsel to seek a five (5) day extension of time through February 5, 2020 to finalize and file the settlement agreement in the above-referenced matter. The Parties have been working diligently with each other and our respective clients to finalize and execute the settlement agreement in this matter. We anticipate needing a few extra days to be able to finalize the process. This is the Parties' third and final request for an extension of time to submit the settlement agreement in this matter. The Court granted the Parties' previous requests. This request does not impact any other dates in this matter.

      We thank the Court for its attention to this matter.

                            Sincerely,
                            *s/ Jeffrey Douglas*
                            JEFFREY G. DOUGLAS

JGD

                        Granted. SO ORDERED.

                        PAUL A. ENGELMAYER    1/31/2020
                        United States District Judge